IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRENT FOGLEMAN and COSMETIC SURGERY CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>CYNOSURE BEAUTIFUL ENERGY,<br><br>Defendant. | Case No. CIV-23-1082-SLP |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and LCvR81.2, Defendant Cynosure, LLC, improperly named as Cynosure Beautiful Energy ("Cynosure"), hereby gives notice of removal of the above-captioned action (the "Action") from the District Court of Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma. Pursuant to 28 U.S.C. § 1446(a), Cynosure provides the following statement of grounds for removal.

## NATURE OF CASE

1. On October 27, 2023, Plaintiffs Trent Fogleman ("Dr. Fogleman") and Cosmetic Surgery Center (the "Clinic") (collectively, "Plaintiffs") filed the lawsuit styled *Trent Fogleman and Cosmetic Surgery Center v. Cynosure Beautiful Energy*, Case No. CJ-2023-6176, in the District of Oklahoma County, State of Oklahoma (the "State Court Lawsuit"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Petition from the State Court Lawsuit is attached hereto as Exhibit 1.

2. On November 6, 2023, Plaintiffs served Cynosure with the Petition.

3. The Petition consists of seven paragraphs and does not assert a specific cause of action; however, it appears that Plaintiffs are advancing a claim against Cynosure for breach of contract. *See* Petition ¶ 7.

4. Plaintiffs' claims arise out of the purchase and payment of various pieces of equipment manufactured and sold by Cynosure, including the Secret RF, True Sculpt ID, Potenza, and Tempsure units (the "Units"). *Id.* ¶ 7.

5. Plaintiffs allege that they reached an agreement with Cynosure that, if after two years the Units did not produce adequate revenue, that Cynosure would purchase or assist with the sale of the Units for Plaintiffs to satisfy loans that Plaintiffs had received from Frontier State Bank. *Id.* ¶ 5.

6. Plaintiffs allege that Cynosure failed to pay the balance of $44,736.19 remaining on the sale of the Secret RF and Truesculpt ID units, and that Cynosure failed to pay the balance of $151,806.14 remaining on the Potenza and Tempsure units. *Id.* ¶ 6.

7. Plaintiffs allege that because of Cynosure's breach of contract, Plaintiffs have been damaged in the amount of $196,542.33. *Id.* ¶ 7.

8. Pursuant to LCvR81.2(a), a true and correct copy of the state court docket is attached hereto as Exhibit 2.

**BASIS FOR REMOVAL**

9. Removal of this action is proper under 28 U.S.C. § 1441. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

I.  **THERE IS COMPLETE DIVERSITY OF CITIZENSHIP BETWEEN THE PLAINTIFFS AND CYNOSURE**

10. According to the Petition, Dr. Fogleman is the owner and operator of the Clinic. *See* Petition ¶ 1. The Petition does not identify where Dr. Fogleman is domiciled. According to the Oklahoma Board of Medical Licensure and Supervision, Dr. Fogleman is a board licensed physician with a practice address of The Cosmetic Surgery Center, 9617 S. Pennsylvania Ave., Oklahoma City, OK 73159-6911. Therefore, Dr. Fogleman is a citizen of the state of Oklahoma.

11. The Petition does not provide an address for the Clinic. According to the Oklahoma Secretary of State, the Clinic is a domestic limited liability company with an address of 9617 South Pennsylvania Oklahoma City, OK 73159. For purposes of diversity jurisdiction, the Court should look to the citizenship of a limited liability company's members. *See Spring Creek Exploration & Production Company, LLC v. Hess Bakken Investment, II, LLC*, 887 F.3d 1003, 1014 (10th Cir. 2018). The Oklahoma Secretary of State does not indicate that the Clinic has any members, however the Petition states Dr. Fogleman is the owner and operator of the clinic, and thus presumably the LLC's member. Because Dr. Fogleman is a citizen of the state of Oklahoma, the Clinic is likewise considered a citizen of the state of Oklahoma for diversity jurisdiction purposes.

12. Cynosure is a Delaware limited liability company, and its sole member, Lotus Buyer, Inc., is a Delaware company based in Delaware. As such, Cynosure is a citizen of Delaware. *Id.*

13. Accordingly, because Plaintiffs are citizens of Oklahoma and because Cynosure is a citizen of Delaware, complete diversity of citizenship exists between Plaintiffs and Cynosure. *See* 28 U.S.C. §§ 1332 and 1441.

**II.      THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

14.     The amount in controversy, exclusive of interest and costs, must exceed $75,000.00.  *See* 28 U.S.C. § 1332(a).

15.     Through the Petitioner, Plaintiffs allege that Cynosure failed to pay the balance of $44,736.19 remaining on the sale of the Secret RF and Truesculpt ID units, and that Cynosure failed to pay the balance of $151,806.14 remaining on the Potenza and Tempsure units.  *See* Petition ¶ 6.

16.     Plaintiffs further allege that because of Cynosure's breach of contract, Plaintiffs have been damaged in the amount of $196,542.33.  *Id.* ¶ 7.

17.     Accordingly, the amount in controversy in this action exceeds $75,000.00.

**III.     THE PROCEDURAL REQUIREMENTS OF REMOVAL ARE SATISFIED**

18.     Pursuant to 28 U.S.C. § 1441(a), Cynosure is removing this case to the United States District Court for the Western District of Oklahoma.  Venue is proper in the United States District Court for the Western District of Oklahoma because it is the district and division embracing the place where the State Court Lawsuit is pending.

19.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).  The Petition was filed on October 27, 2023, and Cynosure was served with the Petition on November 6, 2023.

20.     Cynosure is providing Plaintiffs with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

21. Pursuant to 28 U.S.C. § 1446(d), Cynosure is contemporaneously filing a copy of this Notice of Removal and a Notice of Filing of Notice of Removal with the Clerk of the District Court of Oklahoma County, State of Oklahoma.

22. Cynosure reserves the right to amend or supplement this Notice of Removal.

## PRAYER

WHEREFORE, Defendant Cynosure, LLC respectfully requests that this Honorable Court remove the action styled *Trent Fogleman and Cosmetic Surgery Center v. Cynosure Beautiful Energy*, Case No. CJ-2023-6176, in the District of Oklahoma County, State of Oklahoma, to this federal court.

        Respectfully submitted,
        CYNOSURE, LLC, Defendant

        By its attorneys,
        CONNER & WINTERS, LLP

Dated: November 27, 2023        By: */s/ J. Dillon Curran*
        J. Dillon Curran, OBA #19442
        1700 One Leadership Square
        211 North Robinson Avenue
        Oklahoma City, OK 73102
        Tel No. 405.272.5711
        DCurran@cwlaw.com

## CERTIFICATE OF SERVICE

    I, J. Dillon Curran, hereby certify that a true and correct copy of the above Notice of Removal was served upon the attorney of record for each of the parties by mail on the 28th day of November, 2023, directed to:

    E. Ed Bonzie, Esq.
    8201 S. Walker
    Oklahoma City, OK  73139

                                    */s/ J. Dillon Curran*
                                    J. Dillon Curran